UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AUXILIUM PHARMACEUTICALS, INC. & FCB I LLC, | : : : : | Civil Action No.: 12-3084 (JLL) |
| Plaintiffs, | : : | ORDER |
| v. | : : |  |
| WATSON LABORATORIES, INC., | : : |  |
| Defendant. | : : |  |

This matter having come before the Court by way of: (1) Defendant Watson Laboratories, Inc.'s ("Watson") letter brief requesting that the Court strike portions of Plaintiffs Auxilium Pharmaceuticals, Inc. and FCB I LLC's (collectively "Plaintiffs") rebuttal expert reports [ECF No. 138]; and (2) Plaintiffs' letter brief requesting that the Court strike portions of Watson's reply expert reports [ECF No. 141];

and for the reasons set forth in an Opinion filed on this date;

IT IS on this 11th day of June, 2014,

ORDERED that Watson's request that the Court strike portions of Plaintiffs' rebuttal expert reports [ECF No. 138] is **DENIED**; and (2) Plaintiffs' request that the Court strike portions of Watson's reply expert reports [ECF No. 141] is **DENIED.**

*/s Michael A. Hammer*
**United States Magistrate Judge**

1