<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUXILIUM PHARMACEUTICALS, INC. & FCB I LLC, | Civil Action No.: 12-3084 (JLL) |
| Plaintiffs, | ORDER |
| v. | |
| WATSON LABORATORIES, INC., | |
| Defendant. | |

LINARES, **United States District Judge.**

    This matter comes before the Court by way of multiple letters submitted by both Plaintiffs Auxilium Pharmaceuticals, Inc. and FCB I LLC (collectively "Plaintiffs") and Defendant Watson Laboratories, Inc. ("Watson") regarding the necessity for a claim construction hearing. For the reasons set forth in this Court's corresponding Opinion,

    **IT IS** on this 11th day of **June, 2014**,

    **ORDERED** that Watson's request for a claim construction hearing is **denied**.

    **IT IS SO ORDERED.**

_____
Jose E. Linares
**United States District Judge**
