UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES


Judge:   JOSE L. LINARES                              Date: 09/05/2014
Court Reporter: PHYLLIS LEWIS                         Civil No: 2:12-3084

Title of the Case:
AUXILIUM PHARMACEUTICALS, *et al*,
v.
WATSON LABORATORIES, INC. (NV), *et al*

Appearances:

Attorneys for Plaintiff(s): Auxilium Pharmaceuticals
Joseph O'Malley, Charles M. Lizza, Isaac S. Ashkenazi & Bruce M. Wexler

Attorneys for Plaintiff(s): FCBI, LLC
Howard J. Smith, III & Xavier Hailey

Attorneys for Defendant(s):
George C. Lombardi, Michael K. Nutter, Ivan M. Poullaos, Kurt A. Mathas,
Liza Walsh & Jenn Critchley

Nature of Proceedings: **(Bench Trial)**
Stipulation and Order re: Infringement fld.
Trial commenced before the Hon. Jose L. Linares
Opening Statements:
  George C. Lombardi on behalf of Defendants
  Joseph O'Malley on behalf of Plaintiff   *(videotaped testimony of Dr. James Murphy)*
Lunch Recess: (12:05 p.m. - 1:05 p.m.)
Dr. Majella Eileen Lane sworn on behalf of plaintiff (tutorial)
Videotaped testimony played of Phyllis Hsieh on behalf of Defendant
Videotaped testimony played of James Murphy on behalf of Defendant
Trial adjourned at 4:20 p.m. until 09/08/14 @ 9:00 a.m.


Time Commenced: 9:20 a.m.
Time Concluded:   4:20  p.m.


                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Honorable Jose L. Linares, U.S.D.J.